No. 78–482. SMITH, JUDGE, ET AL. v. DAILY MAIL PUB-LISHING CO. ET AL. Sup. Ct. App. W. Va. [Certiorari granted, 439 U. S. 963.] Motion of Paul Raymond Stone for leave to participate in oral argument as *amicus curiae* denied.

No. 78–575. SOUTHERN RAILWAY CO. v. SEABOARD ALLIED MILLING CORP. ET AL.;

No. 78–597. INTERSTATE COMMERCE COMMISSION v. SEABOARD ALLIED MILLING CORP. ET AL.; and

No. 78–604. SEABOARD COAST LINE RAILROAD CO. ET AL. v. SEABOARD ALLIED MILLING CORP. ET AL. C. A. 8th Cir. [Certiorari granted, 439 U. S. 1066.] Motion of the Solicitor General for additional time for oral argument granted, and 15 minutes allotted for that purpose. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 78–610. COLUMBUS BOARD OF EDUCATION ET AL. v. PENICK ET AL. C. A. 6th Cir. [Certiorari granted, 439 U. S. 1066.] Motions of Neighborhood School Coordinating Committee et al. and Delaware State Board of Education et al. for leave to file briefs as *amici curiae* granted.

No. 78–627. DAYTON BOARD OF EDUCATION ET AL. v. BRINKMAN ET AL. C. A. 6th Cir. [Certiorari granted, 439 U. S. 1066.] Motions of Delaware State Board of Education et al. and Pacific Legal Foundation for leave to file briefs as *amici curiae* granted.

No. 78–690. REITER v. SONOTONE CORP. ET AL. C. A. 8th Cir. [Certiorari granted, 439 U. S. 1065.] Motion of Kennedy Smith et al. for leave to file a brief as *amici curiae* granted. Motion of the Solicitor General for divided argument granted. Motion of the Attorney General of Minnesota for leave to participate in oral argument as *amicus curiae* granted, and 10 additional minutes allotted for that purpose. Respondents also allotted 10 additional minutes for oral argument.